UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Re: Criminal Cases

06cr1085
20cr105
19cr785
19cr881
19cr562

NOTICE OF TELECONFERENCE
INFORMATION

KENNETH M. KARAS, United States District Judge:

 For the week of May 4, 2020, the Court will hold all criminal proceedings by telephone.

To access the teleconference, please use the following information:

 Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195

 Please enter the conference as a guest by pressing the pound sign (#).

 Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

SO ORDERED.

Dated: May 1, 2020
   White Plains, New York

             KENNETH M. KARAS
             United States District Judge