**MEMO ENDORSED**

# SUSAN C. WOLFE, ESQ.
Law office of Susan C. Wolfe
1700 Broadway, 41st Floor
New York, York 10019

Tel: (917) 209-0441
Email: scwolfe@scwolfelaw.com

Diane Fischer,
of counsel

May 4, 2020

Honorable Kenneth M. Karas
United States District Judge
United State District Court
300 Quarropas Street
White Plains, NY 10601
By email and ecf: Dawn_Bordes@nysd.uscourts.gov

Re: *United States v. Giomar Diaz*, 06-cr-1085 (KMK)

Dear Judge Karas:

I am writing to request a 30-day adjournment of the status conference in this case, previously adjourned from March 17, 2020 to May 6, 2020. The government has no objection. Since the adjournment of the first scheduled appearance before Your Honor on this VOSR, and for almost six weeks thereafter, until two days ago, I had no contact with Mr. Diaz, through no fault of either of us (or the jail). At the initial appearance, Mr. Diaz left the courtroom without my card and asked one of the marshals to retrieve it for him. The marshal returned with the name and number for Suzanne Brody of the Federal Defenders Office. Both Mr. Diaz and his sister would contact Suzanne by phone and email, and she would refer them to me. I would call my client's sister to ask her to have her brother call me at my number, yet somehow the confusion persisted.

Now that the correct connection has been made, I will be able to communicate with Mr. Diaz, by phone and possibly by video, and be in a position to report some meaningful progress at the next appearance.

Thank you for your consideration.

Very truly yours,

S/

SUSAN C. WOLFE

*Granted. The Court will hold a conference on 6/16/20 at 11:00 A.M.*

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
5/5/20